IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MICHAEL MUIR, | ) |
| | ) |
| *Petitioner* | ) |
| | ) |
| v. | ) No. 22-1318 |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY; UNITED | ) |
| STATES TRANSPORTATION | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| *Respondents* | ) |

**<u>CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES</u>**

Pursuant to the Clerk's December 19, 2022 order and D.C. Cir. Rules 15(c)(3) and 28(a)(1), Petitioner certifies as follows:

A) Parties: The parties in this case are Petitioner Michael Muir and Respondents United States Department of Homeland Security ("DHS") and United States Transportation Security Administration ("TSA").

B) Rulings: Final promulgation of 49 C.F.R. § 1540.107(d), a DHS/TSA order issued March 3, 2016 (81 FR 11364); SAFETY Act (6 U.S.C. § 441 *et seq.*) Certification and Designation for an advanced imaging technology ("AIT") millimeter wave scanner portal device, a DHS order issued October 26, 2016.

C) Related Cases: There are no related cases in any other United States court of appeals or any other court in the District of Columbia.



Dated: December 28, 2022                By: MICHAEL MUIR, *PRO SE*

                                                                                            Michael Muir
                                                                                            P.O. Box 1791
                                                                                            Sarasota, FL 34230
                                                                                            (712) 309-6121
                                                                                            muirone@yahoo.com