UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MICHAEL MUIR,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>    Respondents. | No. 22-1318 |

## Notice of Filing

Amicus respectfully files the attached Consent to Protective Agreement ("Exhibit A") as required by the Court's Protective Order.

Dated: July 18, 2024

Respectfully submitted,

*/s/ William R. Weaver*
William R. Weaver
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
WWeaver@jenner.com

*Appointed Amicus Curiae for Petitioner*

1

## CERTIFICATE OF COMPLIANCE

1. I certify that the foregoing motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(a), excluding the items exempted by Fed. R. App. P. 32(f). The motion contains 27 words.

2. I certify that the foregoing motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in Microsoft Word using a proportionally spaced typeface, Times New Roman 14-point font.

*/s/ William R. Weaver*
William R. Weaver

## CERTIFICATE OF SERVICE

I certify that on July 18, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  Service on Respondent will be completed by emailing a copy of the same to the name and address below:

Joshua Waldman
joshua.waldman@usdoj.gov

                                                  */s/ William R. Weaver*
                                                  William R. Weaver