# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1318**  **September Term, 2023**

### EXHIBIT A

    I, William R. Weaver, hereby certify that I have been informed that certain documents or information to be disclosed to me in connection with the above-captioned matter contain For Official Use Only information, copyrighted information, and propriety information that was filed under seal by order of the United States Court of Appeals for the District of Columbia Circuit pursuant to a Protective Order entered by that Court in the above-captioned matter. I have read and understand the Protective Order, as well as the pertinent D.C. Circuit Rules pertaining to matters under seal. I agree to comply with all the provisions of the Protective Order entered in the above-captioned case as well as all the pertinent D.C. Circuit Rules pertaining to matters under seal, including but not limited to agreeing that I will not disclose any material or information contained in the documents under seal except as authorized by the Protective Order.

/s/ *William R. Weaver*
SIGNATURE